1  **SANJAY S. SCHMIDT (State Bar No. 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1686 Second St., Suite 219
3  Livermore, California 94550
   Ofc. Phone:    (925) 215-7733
4  Facsimile:     (925) 455-2486
   sanjay.schmidt@gmail.com
5
   Attorney for Plaintiff Yesenia Jimenez
6

7

8                    **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

10 | **YESENIA JIMENEZ**,                          | ) | Case No. 1:13-CV-01200-LJO-SMS |
11 |                        Plaintiff,             | ) |                                |
   |         vs.                                   | ) | **ORDER GRANTING**             |
12 |                                               | ) | **PLAINTIFF'S APPLICATION TO** |
   |                                               | ) | **VACATE AND RE-SET INITIAL**  |
13 | **CITY OF CERES**, a municipal corporation,   | ) | **SCHEDULING CONFERENCE**      |
   | **CERES POLICE OFFICERS Federico**            | ) |                                |
14 | **Ortiz, Jr.**, Individually, **Brian Albonetti**, | ) |                            |
   | Individually, **CERES POLICE SGT.**           | ) |                                |
15 | **Patrick Crane**, in his individual and official | ) |                              |
   | capacities, **COUNTY OF STANISLAUS**,         | ) |                                |
16 | **CORRECT CARE SOLUTIONS, LLC.**,             | ) |                                |
17 | and **DOES 1 THROUGH 50**, Jointly and        | ) |                                |
   | Severally,                                    | ) |                                |
18 |                                               | ) |                                |
   |                        Defendants.            | ) |                                |
19

20
21     Having considered Plaintiff's Application, requesting an order vacating and re-setting the
22 Initial Scheduling Conference, and good cause appearing therefor,
23     IT IS HEREBY ORDERED that the Application is granted. The Initial Scheduling
24 Conference, set for October 30, 2013, is vacated. The Scheduling Conference is re-set to
25 December 11, 2013, at 10:00 a.m., in Courtroom # 1 before Magistrate Judge Sandra M. Snyder.
26 //
27 //

28
1
**ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:13-CV-01200-LJO-SMS**

1
2
3
4  IT IS SO ORDERED.
5      Dated:   **October 1, 2013**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE
6
7
...
28

2
**ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:13-CV-01200-LJO-SMS**