**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:    (925) 455-2486
sanjay.schmidt@gmail.com

Attorney for Plaintiff Yesenia Jimenez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| YESENIA JIMENEZ, | Case No. 1:13-CV-01200-LJO-SMS |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE** |
| CITY OF CERES, a municipal corporation, CERES POLICE OFFICERS Federico Ortiz, Jr., Individually, Brian Albonetti, Individually, CERES POLICE SGT. Patrick Crane, in his individual and official capacities, COUNTY OF STANISLAUS, CORRECT CARE SOLUTIONS, LLC., and DOES 1 THROUGH 50, Jointly and Severally, | |
| Defendants. | |

Having considered Plaintiff's Application, requesting an order vacating and re-setting the Initial Scheduling Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application is granted.  The Initial Scheduling Conference, set for October 30, 2013, is vacated.  The Scheduling Conference is re-set to December 11, 2013, at 10:00 a.m., in Courtroom # 1 before Magistrate Judge Sandra M. Snyder.

//

//

1

**ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:13-CV-01200-LJO-SMS**

1
2
3
4  IT IS SO ORDERED.
5      Dated:   **October 1, 2013**                    **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                           2
28  **ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE:   CASE NO. 1:13-CV-01200-LJO-SMS**