DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendant
County of Stanislaus

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA JIMENEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CERES, et al<br><br>　　　　Defendants. | Case No.   1:13-CV-01200-LJO-SMS<br><br>Stipulation and Order of Dismissal of County of Stanislaus |

The plaintiff, by and through her attorney, and defendant, County of Stanislaus, by and through its attorney, stipulate that defendant County of Stanislaus be dismissed from this action with prejudice.  Each party to bear their own fees and costs.

Dated: January 30, 2014            /S/ Dan Farrar

　　　　　　　　　　　　　　　　　　Dan Farrar
　　　　　　　　　　　　　　　　　　Attorney for Defendant County of Stanislaus

Dated: January 30, 2014

　　　　　　　　　　　　　　　　　　/S/ Sanjay Schmidt (consent to file given 1-30-14)

　　　　　　　　　　　　　　　　　　Sanjay Schmidt
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

**Stipulation and Order of Dismissal**          1

1
2
3

**ORDER**

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that Defendant County of Stanislaus only is dismissed from this action with prejudice. The parties shall bear their own fees and costs. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **January 30, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
Stipulation and Order of Dismissal        2
```