**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
   Email: Reuben.Jacobson@lewisbrisbois.com
ELIZABETH A. BURNS, SB# 180160
   Email: Elizabeth.Burns@lewisbrisbois.com
RACHEL A. BECK, SB# 284984
   Email: Rachel.Beck@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant CORRECT CARE SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YESENIA JIMENEZ,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY OF CERES, a municipal corporation, CERES POLICE OFFICERS Federico Ortiz, Jr., Individually, Brian Albonetti, Individually, CERES POLICE SGT. Patrick Crane, in his individual and official capacities, COUNTY OF STANISLAUS, CORRECT CARE SOLUTIONS, LLC, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>             Defendants. | CASE NO. 1:13-CV-01200-LJO-SMS<br><br>**STIPULATION RE VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE SECTION 41(a)** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THROUGH COUNSEL OF RECORD**, that Correct Care Solutions, LLC shall be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure Section 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys fees.

This Stipulation may be executed in counterpart and shall constitute an agreement which is binding upon all of the parties hereto, notwithstanding that the signatures of all the parties through counsel of record do not appear on the same page and faxed copies of the signature pages may be filed as originals.

///

IT IS SO STIPULATED.

DATED: January ___, 2014    LAW OFFICE OF SANJAY S. SCHMIDT


By:  /s/ Sanjay S. Schmidt
Sanjay S. Schmidt
Attorneys for Plaintiff YESENIA JIMENZ

DATED: January 29, 2014    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /s/ Reuben B. Jacobson
Reuben B. Jacobson
Attorneys for Defendant CORRECT CARE SOLUTIONS, LLC

### ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Correct Care Solutions only is dismissed from this action with prejudice by this order. Each party will bear its own costs and fees.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **January 31, 2014**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

File No. 26386-62

**CERTIFICATE OF SERVICE**
*Jimenez v. City of Ceres, et al.*
USDC – Eastern District, Fresno Division Case No. 13CV01200-LJO-SMS

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 31, 2014, I served the following document:

**[TITLE TO APPEAR HERE]**

I served the document on the following persons at the following address (including a fax numbers and email addresses, if applicable):

| | |
|---|---|
| Sanjay S. Schmidt, Esq.<br>Law Office of Sanjay S. Schmidt<br>1686 Second Street, Suite 219<br>Livermore, CA 94550<br>Tel: 925.215.7733<br>Fax: 925.455.2486<br>Email: sanjay.schmidt@gmail.com<br>***Attorneys for Plaintiff*** | Eric Daniel Farrar<br>Law Office of Eric Daniel Farrar<br>600 East Main Street, Suite 100<br>Turlock, CA 95380<br>Tel: 209.634.5500<br>Fax: 209.634.5556<br>Email: Danlaw1@msn.com<br>***Attorneys for Defendant County of Stanislaus*** |

The document was served by the following means:

☒ The document was served by CM/ECF (excluding those not registered for CM/ECF who were served by mail, if applicable):

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Dated: January 31, 2014                             /s/
                                                                        *

LEWIS BRISBOIS