1  Cornelius J. Callahan, Esq., SBN 202585
   Stephanie Y. Wu, Esq., SBN 268948
2  **BORTON PETRINI, LLP**
   201 Needham Street
3  Modesto, California 95354
   Tel: (209) 576-1701
4  Fax: (209) 527-9753
   ccallahan@bortonpetrini.com
5  swu@bortonpetrini.com

6  *Attorneys for Defendants,*
   CITY OF CERES, FREDERICO ORTIZ, JR.,
7  BRIAN ALBONETTI, and PATRICK CRANE

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

   YESENIA JIMENEZ,                          Case No. 1:13-CV-01200-LJO-SMS
12
               Plaintiff,                    **STIPULATION FOR DISMISSAL; AND**
13                                           **ORDER**
   v.
14
   CITY OF CERES,   FREDERICO ORTIZ, JR.,
15 BRIAN ALBONETTI, AND PATRICK CRANE,
   and DOES 1 THROUGH 50, Jointly and Severally,
16
               Defendants.
17

18

19          Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate that all causes of

20 action in this matter will be and are hereby dismissed with prejudice against Brian Albonetti and

21 Patrick Crane.

22          The remaining named defendants are Frederico Ortiz, Jr. and the City of Ceres.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

k:\ljo\administr
ative_orders\1
3cv1200.jimen
ez.stip.dismiss.
lbc.docx

STIPULATION FOR DISMISSAL; AND ORDER

1          Each side will bear their own costs with respect to the two parties being dismissed.

2          It is so stipulated.

3

4     Dated: October 14, 2014

5                              By /s/ Cornelius J. Callahan
                               Cornelius J. Callahan
6                              *Attorneys for Defendants,*
                               CITY OF CERES, et al
7

8     Dated: October 14, 2014

                               By /s/ Sanjay S. Schmidt
9                              Sanjay S. Schmidt
                               *Attorney for Plaintiff,*
10                             Yesenia Jimenez

11

12

13    IT IS SO ORDERED.

14       Dated:   **October 15, 2014**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR DISMISSAL; AND [PROPOSED]ORDER**

**CERTIFICATE OF SERVICE**

I am employed in the County of Stanislaus, State of California.  I am over the age of 18 and not a party to the within action; my business address is Borton Petrini, LLP, 201 Needham Street, Modesto, California 95354.

On **October 14, 2014**, I served the foregoing document described as **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** on the other parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**SEE ATTACHED SERVICE LIST**

☐   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice the envelope would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Modesto, California in the ordinary course of business.

☐   **BY FACSIMILE:** I caused each document to be delivered by facsimile to the person listed on the attached Service List, at the fax numbers set forth therein, and the transmission was reported as complete and without error.

☐   **BY OVERNIGHT COURIER SERVICE:** I caused each envelope with postage fully prepaid to be sent by overnight mail to the persons at the addresses on the attached Service List.

☐   **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the offices of the addressee(s) listed on the attached Service List.

☐   **BY ELECTRONIC SERVICE:** I caused said document(s) to be served upon counsel of record via the Court's automatic electronic noticing service (ECF).

☑   **BY E-MAIL:** Service shall be completed via electronic transmission to the attached person(s) transmission of such is at the e-mail address(es) indicated on the attached mailing list.

☑   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 14, 2014**, at Modesto, California.

             ___/s/ Michelle M. Richey_____
                  **Michelle M. Richey**

k:\ljo\administr
ative_orders\1
3cv1200.jimen
ez.stip.dismiss.
lbc.docx

3

**STIPULATION FOR DISMISSAL; AND [PROPOSED]ORDER**

1 | **<u>Attorney for Plaintiff, YESENIA JIMENEZ</u>**
Sanjay S. Schmidt, Esq.
2 | **LAW OFFICE OF SANJAY S. SCHMIDT**
3 | 1686 Second Street, Suite 219
Livermore, California  94550
4 | Phone: (925) 215-7733
Fax: (925) 455-2486
5 | Email: sanjay.schmidt@gmail.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

k:\ljo\administr
ative_orders\1
3cv1200.jimen
ez.stip.dismiss.
lbc.docx

**STIPULATION FOR DISMISSAL; AND [PROPOSED]ORDER**