1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:     (925) 215-7733
Facsimile:       (925) 455-2486
sanjay.schmidt@gmail.com

*Attorneys for Plaintiff,*
YESENIA JIMENEZ

Cornelius J. Callahan, Esq., SBN 202585
Stephanie Y. Wu, Esq., SBN 268948
**BORTON PETRINI, LLP**
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
ccallahan@bortonpetrini.com
swu@bortonpetrini.com

*Attorneys for Defendants,*
CITY OF CERES, FREDERICO ORTIZ, JR., BRIAN
ALBONETTI, and PATRICK CRANE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| YESENIA JIMENEZ, | **Case No. 1:13-CV-01200-LJO-SMS** |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; ORDER** |
| **CITY OF CERES, a municipal corporation, CERES POLICE OFFICERS Frederico Ortiz, Jr., Individually, Brian Albonetti, Individually, CERES POLICE SGT. Patrick Crane, in his individual and official capacities, and DOES 1 THROUGH 50, Jointly and Severally,** | |
| Defendants. | |

The parties respectfully submit the following Stipulation and Proposed Order:

1

**STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; [PROPOSED] ORDER:**
**CASE NO. 1:13-CV-01200-LJO-SMS**

**STIPULATION**

**WHEREAS**, all parties to the above-entitled action, by and through their counsel of record, met and conferred on October 10, 2014 as well as before that date regarding an extension of the non-expert and expert discovery cut-off dates;

**WHEREAS**, the current Scheduling Order (Dkt. 33) sets forth the following deadlines:

Expert Disclosures: 10/14/2014

Supplemental Expert Disclosures: 11/10/2014

Non-Expert Discovery: 9/2/2014

Expert Discovery: 12/15/2014

**WHEREAS**, the parties already stipulated to an extension of the non-expert discovery cut-off to October 31, 2014, in order to accommodate the schedules of deponents and account for other delays in the production of documents, inter alia, that were outside the control of counsel;

**WHEREAS,** the parties have completed a substantial amount of discovery, but wish to continue to attempt to accommodate the schedules of deponents as much as is practicable, so as to minimize the inconvenience to both deponents and to parties in completing the remaining depositions. Additionally, there are medical records that have been subpoenaed by the defense, which have not yet arrived pursuant to the parties' first look agreement at the office of Plaintiff's counsel; defense counsel needs these records before a meaningful deposition of the Plaintiff can occur. In sum, reconciling the schedules of Defense counsel, Plaintiff's counsel, and the various lay witnesses, in order to complete the remainder of the depositions and then forward relevant materials to experts for their review, requires additional time.

Based on the circumstances described above, the parties now respectfully and jointly request that the court issue an amended scheduling order, which maintains the same Non-Dispositive Motion and Dispositive Motion filing deadlines, as well as the same Pretrial Conference and Jury Trial dates as previously ordered, but which extends **only** the discovery deadlines, as set forth below.

//

2

1    **WHEREFORE**, THE PARTIES HEREBY STIPULATE and respectfully request that

2    the Court order that the Scheduling Order (Dkt. 33) be amended or modified to reflect the

3    deadlines listed below:

4    1.   Deadline to complete Non-Expert Discovery: extended from September 2, 2014 to a

5    **to-be-determined** date, mutually agreed upon by the parties;

6    2.   Deadline for Expert Disclosure: extended from October 14, 2014 to **November 21,**

7    **2014**;

8    3.   Deadline for Supplemental Expert Disclosure: extended from November 10, 2014 to

9    **December 19, 2014**;

10   4.   Deadline for Expert Discovery: extended from December 15, 2014 to **January 23,**

11   **2015**; and,

12   5.   All other deadlines, hearings, and the Pretrial Conference and Trial dates remain as

13   set.

14   Dated: October 16, 2014            Respectfully Submitted,

15                                      **LAW OFFICE OF SANJAY S. SCHMIDT**

16                                      */s/ Sanjay S. Schmidt*
                                        SANJAY S. SCHMIDT
17                                      *Attorney for Plaintiff*
                                        YESENIA JIMENEZ
18

19   Dated: October 16, 2014            Respectfully Submitted,

20                                      **BORTON PETRINI, LLP**
21

22                                      */s/ Cornelius J. Callahan*
                                        CORNELIUS J. CALLAHAN
23                                      *Attorneys for Defendants*
                                        CITY OF CERES, FREDERICO ORTIZ, JR.
24                                      BRIAN ALBONETTI, and PATRICK CRANE

25

26

27
                                        3
28   **STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; [PROPOSED] ORDER:**
     **CASE NO. 1:13-CV-01200-LJO-SMS**

# ORDER

Having considered the parties' Stipulated Request for an Amended Scheduling Order and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Request is granted, as set forth in paragraphs 1 through 5 above:

The Scheduling Order (Dkt. 33) shall be amended to reflect the deadlines listed below:

1.   The deadline to complete Non-Expert Discovery shall be extended from September 2, 2014 to a **to-be-determined** date, mutually agreed upon by the parties;

2.   The deadline for Expert Disclosure shall be extended from October 14, 2014 to **November 21, 2014**;

3.   The deadline for Supplemental Expert Disclosure shall be extended from November 10, 2014 to **December 19, 2014**;

4.   The deadline for Expert Discovery shall be extended from December 15, 2014 to **January 23, 2015**; and,

5.   All other deadlines, hearings, and the Pretrial Conference and Trial dates shall remain as set.

**IT IS SO ORDERED.**

DATED:  October 16, 2014                     /s/ SANDRA M. SNYDER
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; [PROPOSED] ORDER:
CASE NO. 1:13-CV-01200-LJO-SMS