Cornelius J. Callahan, Esq., SBN 202585
Stephanie Y. Wu, Esq., SBN 268948
**BORTON PETRINI, LLP**
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
ccallahan@bortonpetrini.com
swu@bortonpetrini.com

*Attorneys for Defendants,*
CITY OF CERES, FREDERICO ORTIZ, JR., BRIAN ALBONETTI, and PATRICK CRANE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CERES, a municipal corporation, CERES POLICE OFFICERS, Federico Ortiz, Jr., Individually, Brian Albonetti, Individually, CERES POLICE SGT. Patrick Crane, in his individual and official capacities, COUNTY OF STANISLAUS, CORRECT CARE SOLUTIONS, LLC., and DOES 1 THROUGH 50, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01200-LJO-SMS<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING DEADLINE** |

## **STIPULATION**

**WHEREAS**, all parties to the above-entitled action, by and through their counsel of record, met and conferred on January 27, 2015 regarding an extension of the dispositive motion filing deadline;

**WHEREAS**, the Scheduling Conference Order currently provides that all dispositive motions be filed by February 2, 2015;

**WHEREAS**, the parties have recently agreed to mediate this matter and have selected a mutually agreed upon mediator;

**WHEREAS,** the parties are currently in the process of scheduling the mediation, which can

commence no earlier than the last week of February 2015 due to the counsels' trial calendars; and

**WHEREAS**, the parties have agreed to extend the dispositive motion filing deadline to March 6, 2015;

**IT IS HEREBY** stipulated, by and between the parties to this action, that all dispositive motion be filed on or before March 6, 2015.

Dated: January 28, 2015         LAW OFFICE OF SANJAY S. SCHMIDT

By /s/ Sanjay S. Schmidt
Sanjay S. Schmidt
*Attorneys for Plaintiff,*
YESENIA JIMENEZ

Dated: January 28, 2015         BORTON PETRINI, LLP

By /s/ Stephanie Y. Wu
Stephanie Y. Wu
*Attorneys for Defendants,*
CITY OF CERES, FREDERICO ORTIZ, JR., BRIAN ALBONETTI, and PATRICK CRANE

**IT IS SO ORDERED.**

Dated: 1/28/2015                /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE