**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:     (925) 215-7733
Facsimile:       (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

*Attorney for Plaintiff*,
YESENIA JIMENEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **YESENIA JIMENEZ,** | Case No. 1:13–CV–01200–LJO–SMS |
| Plaintiff, | **STIPULATION & ORDER OF DISMISSAL** |
| vs. | |
| **CITY OF CERES, a municipal corporation, CERES POLICE OFFICER Frederico Ortiz, Jr., Individually, and DOES 1 THROUGH 50, Jointly and Severally,** | |
| Defendants. | |

**TO THE DISTRICT COURT**:

In view of the completion of the settlement of this action, the parties hereby stipulate, by and through their attorneys, that the matter shall be dismissed in its entirety, with prejudice, each side to bear their own fees and costs.

//

//

//

//

**STIPULATION & ORDER OF DISMISSAL:   1:13–CV–01200–LJO–SMS**                                              1

Dated: April 9, 2015            Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorney for Plaintiff
YESENIA JIMENEZ

Dated: April 10, 2015           Respectfully Submitted,

**BORTON PETRINI, LLP**

*/s/ Cornelius J. Callahan*[1]
CORNELIUS J. CALLAHAN
*Attorneys for Defendants*
CITY OF CERES, FREDERICO ORTIZ, JR.

## Order

Pursuant to the stipulation of the parties, it is hereby ordered that this matter is dismissed in its entirety, with prejudice. All parties shall bear their own fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **April 10, 2015**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 131(e), approval has been obtained from counsel to submit this document on counsel's behalf.

**STIPULATION & ORDER OF DISMISSAL:  1:13–CV–01200–LJO–SMS**                                         2